## MARY T. HENDRY AND JAMES HENDRY, RESPONDENTS, *v.* PACIFIC STATES SAVINGS, LOAN, AND BUILDING COMPANY, APPELLANTS.

Decided on the authority of *Howells* v. *Pacific States Savings, Loan, and Building Company*, 21 Utah, 45.

(Decided February 13, 1900. Petition for rehearing denied April 17, 1900. Case appealed to the Supreme Court of the United States.)

Action to have a certain contract with a building and loan association declared unconscionable; that the loan from said company be declared a simple loan, and that the mortgage securing the same be declared fully paid and canceled.

From a judgment for plaintiff, defendant appealed- *Affirmed.*

BASKIN, J.

The decree in this case is affirmed, with costs, on the authority of the decision of *Thomas F. Howells, et al.,* v. *Pacific States Savings, Loan, and Building Company.* Both cases were argued and submitted together, and involve the same questions of law and fact.

BARTCH, C. J., and MINER, J., concur.